UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY DALE BARGER,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ROBERT S. MUELLAR, III, et al.,<br><br>　　　　Defendants. | CASE NO. 1:16-cv-00410-LJO-MJS (PC)<br><br>**ORDER DISMISSING ACTION FOR PLAINTIFF'S FAILURE TO PAY FILING FEE**<br><br>**(ECF No. 5)**<br><br>**CLERK TO CLOSE CASE** |

　　　　Plaintiff is a state prisoner proceeding pro se in this civil rights action brought pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302 of the United States District Court for the Eastern District of California.

　　　　On March 29, 2016, the Magistrate Judge issued findings and recommendations to deny Plaintiff's in forma pauperis application and to require Plaintiff to pay the filing fee in full. (ECF No. 4.) On April 22, 2016, the undersigned adopted the findings and recommendations and ordered Plaintiff to submit the $400 filing fee in full within forty five days. (ECF No. 5.) Plaintiff specifically was cautioned that his failure to do so would result in dismissal of this action. (Id.) Local Rule 110. The April 22, 2016 order initially was returned as undeliverable but was re-served on Plaintiff on May 3, 2016. The forty

five day deadline passed and Plaintiff has not submitted the filing fee.

Accordingly, this action is HEREBY DISMISSED, without prejudice, pursuant to Local Rule 110 for Plaintiff's failure to pay the filing fee. The Clerk is directed to terminate all pending motions and close this case.

IT IS SO ORDERED.

Dated:  **July 13, 2016**                       **/s/ Lawrence J. O'Neill**
                                        UNITED STATES CHIEF DISTRICT JUDGE